

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY HAMMOND,

  Petitioner

v.

MICHAEL HARLOW, et al.,

  Respondents.

CIVIL ACTION

NO. 12-4926

## ORDER

AND NOW, this 21st day of March, 2013, upon independent consideration of the Petition for Writ of Habeas Corpus (Dkt. No. 3), the Response thereto (Dkt. No. 13), and after review of the Report and Recommendation ("R & R") of United States Magistrate Judge Henry S. Perkin dated March 1, 2013, **IT IS HEREBY ORDERED** that:

1.  The R&R is **APPROVED** and **ADOPTED**;

2.  The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3.  There is no probable cause to issue a certificate of appealability.

        BY THE COURT:

        _____
        HARVEY BARTLE III, J.